IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gaspar, Isela

Printed: 9/3/08

Case Number: 08 B 11564
Judge: Wedoff, Eugene R
Filed: 5/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 6. | American Express | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gaspar, Isela | Case Number:  08 B 11564 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  5/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

